UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WHITNEY GILLIECE** <br> 9020 Overhill Drive <br> Ellicott City, Maryland 21042 | * <br><br> * | |
| Plaintiff | * | **CASE NO.:** |
| vs. | * | |
| **DOUGLAS RAY OSBORNE, III** <br> 4903 Astor Place, S.E. <br> Washington, DC  20019 | * <br><br> * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

**COMES NOW, Plaintiff, Whitney Gilliece** (hereinafter **"Gilliece"**), by and through her attorneys, Michael McGowan, and McGowan, Cecil & Smathers, L.L.C., and sues **Douglas Ray Osborne, III** (hereinafter **"Osborne"**), and for reasons states as follows:

### THE PARTIES

1. Plaintiff **Whitney Gilliece** is a resident of Howard County, Maryland.

2. Defendant **Douglas Ray Osborne, III** is a resident of Washington, DC.

### JURISDICTION AND VENUE

3. This is an action for personal injury due to the negligence of the Defendant based upon the laws of the District of Columbia.

4. Plaintiff is a resident of the State of Maryland and Defendant is a resident of Washington, DC.  There exists complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00.  The jurisdiction of this Court is invoked under 28 USC § 1332.

### COUNT ONE
### Negligence-Osborne

5. Plaintiff adopts by reference paragraphs 1 through 4 of this Complaint as if fully alleged herein.

6. On or about June 13, 2004, at approximately 3:00 a.m., Plaintiff **Gilliece** was a

passenger in a vehicle stopped at a traffic light eastbound on Florida Avenue, with its intersection of New York Avenue, N.E., Washington, DC  At the same time and place, the vehicle operated by Defendant **Osborne** was traveling southbound on New York Avenue, N.E. and attempted to make a right hand turn onto Florida Avenue, NE striking struck the vehicle that plaintiff was a passenger in head-on.

       7.      Defendant **Osborne** had a duty of care to operate his vehicle in a proper fashion and with reasonable care, and breached this duty of care by failing to operate his vehicle in a safe and proper manner for that among other acts and omissions, Defendant **Osborne** negligently:

- A. Operated his motor vehicle without due care for other vehicles lawfully upon the highway;
- B. Failed to keep a proper lookout;
- C. Failed to maintain proper and adequate control over his motor vehicle;
- D. Failed to observe due care and caution for the safety of the other vehicles and its occupants;
- E. Failed to avoid an accident when it became apparent or when the exercise of reason should have become apparent to said Defendant operator that by continuing the same course and speed an accident would occur;
- F. Failed to reduce speed to avoid a collision;
- G. Failed to drive a vehicle on a highway at a speed with regard to the actual and potential dangers that were reasonable and prudent under the conditions existing at the time of said accident;
- H. Failed to yield the right-of-way;
- I. Failed to drive within a single lane;
- J. And in other respect was negligent in the operation of his motor vehicle in violation of the laws of the District of Columbia.

       8.      Defendant **Osborne's** negligence proximately caused Plaintiff **Gilliece** to suffer serious injuries about her head, body, and limbs and to suffer great mental anguish, loss of wages in the past and future, loss of wage earning capacity and medical expenses.  All the Plaintiff **Gilliece's** losses, past, present and prospective were, are and will be due solely and by reason of the negligence of Defendant **Osborne,** without any negligence of the Plaintiff **Gilliece**

contributing thereto.

**WHEREFORE**, Plaintiff **Whitney Gilliece**, demands judgment against Defendant, **Douglas Ray Osborne, III**, in the amount of **Two Hundred Fifty Thousand Dollars ($250,000.00)** in compensatory damages, interest and costs.

Respectfully submitted,

McGowan, Cecil & Smathers, LLC

_____
Michael McGowan, Esq.
317 Main Street
Laurel, Maryland 20707
(301) 483-9960
D.C. Bar #:  386101

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WHITNEY GILLIECE** <br> 9020 Overhill Drive <br> Ellicott City, Maryland 21042 | * <br><br> * | |
| Plaintiff | * | **CASE NO.:** |
| vs. | * | |
| **Douglas Ray Osborne, III** <br> 4903 Astor Place, S.E. <br> Washington, DC  20019 | * <br><br> * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PRAYER FOR JURY TRIAL**

Plaintiff respectfully requests a trial by jury.

_____
Michael McGowan, Esq.
McGowan, Cecil & Smathers, LLC
317 Main Street
Laurel, Maryland 20707
(301) 483-9960
D.C. Bar ID #:  386101
Attorney for Plaintiff