**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WHITNEY GILLIECE** | * |
| Plaintiff | * CASE NO.: 1:06cv00208 |
| vs. | * |
| **DOUGLAS RAY OSBORNE, III** | * |
| Defendant | * |

## PRAECIPE OF DISMISSAL

The Court will please dismiss the above-captioned action.

Respectfully submitted,

_____/s/_____
Michael McGowan, Esquire
D.C. No. 386101
McGowan, Cecil & Smathers, LLC
317 Main Street
Laurel, Maryland 20707
(301) 483-9960
Attorney for Plaintiff